Argued and submitted December 24, 1987, appeals dismissed as moot
December 14, 1988

## STATE OF OREGON,
*Respondent,*

*v.*

## RICHARD J. BATEMAN,
*Appellant.*

(C85-08-33209; C85-10-34220;
CA A44854 (Control); A44855)
(Cases Consolidated)

765 P2d 249

Diane L. Alessi, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Brenda J. Peterson, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, Thomas H. Denney, Assistant Attorney General, Michael C. Livingston, Assistant Attorney General, and Timothy A. Sylwester, Assistant Attorney General, Salem.

Arthur B. LaFrance, Maureen Barstow, Jonathan Logan and Michael Miluicci, Portland, filed a brief *amicus curiae* for American Civil Liberties Union.

Before Warden, Presiding Judge, and Joseph, Chief Judge,* and Van Hoomissen, Judge pro tempore.

PER CURIAM

---

* Joseph, C. J., *vice* Young, J., deceased.

## PER CURIAM

Defendant appeals a condition of probation requiring him to post certain signs on the door to his home and the sides of any motor vehicle that he operates. The court imposed the condition after defendant pled no contest to two charges of sexual misconduct in the first degree. ORS 163.425. Because the court revoked defendant's probation after he filed these appeals, we dismiss them as moot.

Appeals dismissed as moot.